(92)

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:89CR00021-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>04-10285 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Rupert Saunders<br>267 Lamartine Street<br>Jamaica Plain, MA 02130 | DISTRICT<br><br>Delaware | DIVISION<br><br>Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Joseph J. Longobardi | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 7, 2002 | TO<br>March 6, 2007 |

OFFENSE

Possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"DELAWARE"</u>

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 24, 2004
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 14, 2004
Effective Date

William G. Young
United States District Judge