# STRIVE

## BOSTON EMPLOYMENT SERVICE, INC.

| Codman Square Site | Ruggles Site | South Boston Site |
|---|---|---|
| 651 Washington Street | 150 Forsyth Street | 275 W. Broadway Street |
| Dorchester, MA 02124 | Boston, MA 02115 | S. Boston, MA 02127 |
| Tel. (617) 825-1800 | Tel. (617) 437-1441 | Tel. (617) 464-8594 |
| Fax (617 825-1896 | Fax (617) 247-1609 | Fax (617) 464-8596 |

**ADVISORY BOARD**

Aaron M. Feuerstein
John T. Goodhue
Arnold S. Hiatt
Hubert E. Jones
Wayne M. Kennard
Kristen J. McCormack
Patricia McGovern
Geoffrey Nunes
Robert B. Reich
Sarah-Ann Shaw

**BOARD OF DIRECTORS**

Arthur Brewster
Robert Burakoff
Dia Damali
Samuel A. Hartwell
Ann N. Messina
Terry E. Parham
Anne L. Peretz
William Rodriguez
Richard D. Ryan
Kitt Sawitsky
William J. Walczak
Ernest E. Washington, Jr.

**EXECUTIVE DIRECTOR**

Benjamin F. Thompson

January 30, 2006

Attn: Cathy Gawlik
    Customer Service Supervisor
    1 Court House way
    Boston, MA 02210

Re: Rupert Saunders
    Docket # 89-CR00021-1
    Early Termination From Supervised Release

To Whom It May Concern:

I am respectfully requesting **Early Termination from Supervised Release,** since my release I have lived a law bidding lifestyle. On March 7, 2002 I was released and on April 1, 2002 I became gainfully employed at STRIVE/BOSTON EMPLOYMENT SERVICE, INC.

I have been working here at STRIVE for the past three an a half years as a Placement Specialist, working as a Job Placement Specialist has allowed me to establish an honest and trustworthy relationship with various employers. While being able to have the opportunity to work with large groups of people with diverse backgrounds. Helping ex-offenders stabilize their re-entry back into society, by means of gainful employment has been both rewarding and satisfying.

I seek to motivate and encourage my clients, yet while ensuring they maintain realistic goals and aspirations also while emphasizing to them the importance of self discipline, education and a safe and secure environment is important to their success. I myself have manage to secure these things through commitment and support. My support has come from my loving wife, my family and job.

Any questions concerning my status please feel free to contact:

| Eustace D. Payne Jr. | (or) Doris C. Bello |
|---|---|
| U.S. Probation Officer | U.S. Probation Officer Assistant |
| 408 Atlantic Avenue | 408 Atlantic Avenue |
| Suite 434 | Suite 434 |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 748-9474 | (617) 748-4260 |

Sincerely

*Rupert Saunders*

Rupert Saunders
127 Summer Street
Hyde Park, MA 02136